Ginger G. Mooney, OSB # 031261
Ginger G. Mooney, LLC
1017 May Street, Suite 200
Hood River, Oregon 97031
(541) 716-5650
Fax (503) 389-1585
contact@mooneylaw.org
Attorney for Adam Lyon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **ADAM LYON,** | USDC Case No. 6:20-cv-01883-JR |
| Plaintiff, | |
| v. | **MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT CONTRERAS** |
| **OREGON STATE HOSPITAL**, a state agency; **OREGON DEPARTMENT OF HUMAN SERVICES**, a state agency; **OREGON HEALTH AUTHORITY**, a state agency; **PATRICK ALLEN**, director of Oregon Health Authority; **KRISTINE KAUTZ**, Deputy Director of Oregon Health Authority; **MIKE MORRIS**, Behavioral Health Director, Oregon State Hospital; **DELORES 'DOLLY' MATTEUCCI**, Superintendent, Oregon State Hospital**; DEREK WEHR**, Deputy Superintendent, Oregon State Hospital; **CARMEN CONTRERAS**, MHTT, Oregon State Hospital; **STEPHEN BISHOP**, MHTT- Security, Oregon State Hospital; **MICHAEL MURR,** RN, Nurse Manager, Oregon State Hospital; **BRYNN BROWN,** MHTT, Oregon State Hospital, **EUGENE DOE**, LPN, Oregon State Hospital; **JOHN AND JANE DOE(S)**, each sued in their individual and official capacities, | **Hearing Requested** |
| Defendants. | |

Plaintiff, Adam Lyon, by and through undersigned counsel, requests that the Court grant

**Page 1 of 2** – MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT CONTRERAS

default judgment against **Defendant Carmen Contreras** pursuant to Federal Rule of Civil Procedure 55(b), in accordance with the enclosed Order Granting Judgment of Default. In support of this request, Plaintiff relies upon the record in this case and the supporting Declaration and attachments submitted herein.

DATED this 6th day of July, 2021.

Respectfully submitted,

/s/ Ginger G. Mooney
Ginger G. Mooney, OSB#: 031261
Attorney for Plaintiff

**Page 2 of 2** – **MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT CONTRERAS**

## CERTIFICATE OF SERVICE

I certify that I served a copy of plaintiff's **MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT CONTRERAS** on counsel for the defendants by eService at their last known email addresses:

| | |
|---|---|
| Jessica Spooner | Katherine Beck |
| Oregon Department of Justice | Oregon Department of Justice |
| 1162 Court Street NE | 1162 Court Street NE |
| Salem, OR 97301 | Salem, OR 97301 |
| jessica.spooner@doj.state.or.us | kate.beck@doj.state.or.us |

I further certify that I served a copy of this document on the *pro se* defendant at the following last known address, by placing a certified copy in a sealed envelope in the mail in Hood River, Ore.:

Carmen Contreras
625 18th Street NE
Salem, OR 97301

DATED this 6th day of July, 2021.

Respectfully submitted,

/s/ Ginger G. Mooney
Ginger G. Mooney, OSB#: 031261
Attorney for Adam Lyon
1017 May Street, Suite 200
Hood River, Oregon 97031
(541) 716-5650
Fax (503) 389-1585
contact@mooneylaw.org

Page 1 of 1 – **CERTIFICATE OF SERVICE**

Ginger G. Mooney, OSB No. 031261
1017 May Street, Suite 200, Hood River, OR 97031
Telephone (541) 716-5650 ● Facsimile (503) 389-1585
contact@mooneylaw.org