IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAM LYON,

                Plaintiff(s),

v.

OREGON STATE HOSPITAL, et al.,

                Defendant(s).

Civil No. 06:20-cv-01883-JR

**ORDER OF DISMISSAL AS TO JOHN AND JANE DOE DEFENDANTS (ONLY)**

IT IS ORDERED that Plaintiff's Voluntary Motion to Dismiss John and Jane Doe Defendants [74] is GRANTED and that this action as to these defendants is DISMISSED. Pending motions as to these defendants, if any, are DENIED AS MOOT.

Dated this 17th day of October, 2022.

                by    /s/ Jolie A. Russo
                        Jolie A. Russo
                        United States Magistrate Judge