IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ADAM LYON, | No. 6:20-cv-1883-JR |
| Plaintiff, | ORDER |
| v. | |
| OREGON STATE HOSPITAL, a state agency; OREGON DEPARTMENT OF HUMAN SERVICES, a state agency; OREGON HEALTH AUTHORITY, a state agency; PATRICK ALLEN, director of Oregon Health Authority; KRISTINE KAUTZ, Deputy Director of Oregon Health Authority; MIKE MORRIS, Behavioral Health Director, Oregon State Hospital; DELORES 'DOLLY' MATTEUCCI, Superintendent, Oregon State Hospital; DEREK WEHR, Deputy Superintendent, Oregon State Hospital; CARMEN CONTRERAS, MHTT, Oregon State Hospital; STEPHEN BISHOP, MHTT-Security, Oregon State Hospital; MICHAEL MURR, RN, Nurse Manager, Oregon State Hospital; BRYNN BROWN, MHTT, Oregon State Hospital, EUGENE DOE, LPN, Oregon State Hospital; JOHN AND JANE DOE(S), each sued in their individual and official capacities, | |
| Defendants. | |

1 – ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Russo issued a Findings and Recommendation on January 25, 2023, in which she recommends that the Court grant Plaintiff's Motion for Default Judgment and Attorney Fees. F&R, ECF 83. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court concludes that Plaintiff is entitled to damages for emotional injury. Plaintiff's counsel is entitled to the attorney fees requested in the motion.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [83]. Accordingly, Plaintiff's Motion for Default Judgment and Attorney Fees Against Defendant Contreras [79] is GRANTED.

IT IS SO ORDERED.

DATED:    March 6, 2023   .

                                                           MARCO A. HERNÁNDEZ
                                                           United States District Judge