IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ADAM LYON, | No. 6:20-cv-1883-JR |
| Plaintiff, | JUDGMENT |
| v. | |
| OREGON STATE HOSPITAL, a state agency; OREGON DEPARTMENT OF HUMAN SERVICES, a state agency; OREGON HEALTH AUTHORITY, a state agency; PATRICK ALLEN, director of Oregon Health Authority; KRISTINE KAUTZ, Deputy Director of Oregon Health Authority; MIKE MORRIS, Behavioral Health Director, Oregon State Hospital; DELORES 'DOLLY' MATTEUCCI, Superintendent, Oregon State Hospital; DEREK WEHR, Deputy Superintendent, Oregon State Hospital; CARMEN CONTRERAS, MHTT, Oregon State Hospital; STEPHEN BISHOP, MHTT-Security, Oregon State Hospital; MICHAEL MURR, RN, Nurse Manager, Oregon State Hospital; BRYNN BROWN, MHTT, Oregon State Hospital, EUGENE DOE, LPN, Oregon State Hospital; JOHN AND JANE DOE(S), each sued in their individual and official capacities, | |
| Defendants. | |

1 – JUDGMENT

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff against Defendant Carmen Contreras in the amount of $100,001 in damages for emotional injury and $4,759.50 in attorney fees.

DATED:     March 6, 2023     .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – JUDGMENT